IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

OBIDIAH MCCASKILL, JR.,

   Petitioner,

v.

            Case No. 5D21-1359
            LT Case No. 88-1718-CF

STATE OF FLORIDA,

   Respondent.

_____/

Opinion filed July 1, 2022

Petition for Belated Appeal
A Case of Original Jurisdiction.

Obidiah McCaskill, Jr., Palatka,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney
General, Daytona Beach, for
Respondent.

PER CURIAM.

  The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the August 21, 2020 order denying the motion for postconviction relief, filed in

Case No. 88-1718-CF, Putnam County, Florida.  <u>See</u> Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

WALLIS, HARRIS and WOZNIAK, JJ., concur.